IN THE UNITED STATES DISTRICT COURT

FOR THE __Western__ DISTRICT OF TENNESSEE

__Western__ DIVISION

__Casey Lee Anderson__ Name )
)
Prison Id. No. __343750__ )
) (List the names of all the plaintiffs
) filing this lawsuit. Do not use "et
~~_____ Name~~ ) al." Attach additional sheets if
) necessary
~~Prison Id. No. _____~~ )
) Civil Action No. _____
~~Plaintiff(s)~~ ) (To be assigned by the Clerk's)
) office. Do not write in this space.)
)
v. __(Commissioner)__ ) Jury Trial  Y (Yes)  Y No
)
__Tony Parker__ Name )
__(Warden)__ ) (List the names of all defendants
) against whom you are filing this
__Johnny Fitz__ Name ) lawsuit. Do not use "et al." Attach
) additional sheets if necessary.
)
Defendants )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
FILED PURSUANT TO 42 U.S.C. § 1983

1. Previous lawsuits (**The following information must be provided by each plaintiff.**)

   A. Have you or any other plaintiffs in this lawsuit filed any other lawsuits in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?
   (Y Yes)         Y No

   B. If you checked the box marked "Yes" above, provide the following information:
      1. Parties to this previous lawsuit:
         Plaintiffs: __Casey Lee Anderson__
         Defendants: __Donna Chisholm__

1

2. In what court did you file the previous lawsuit? _United States Western District of Tennessee Western Division_
(If federal court, name of the District; if you filed the lawsuit in state court, provide the name of the state and the County):

3. What was the case number of the previous lawsuit? _18-cv-2732_

4. What was the Judge's name to whom case was assigned? _Sheryl H. Lipman, Jhen Jeter, James D. Todd_

5. When did you file the previous lawsuit? _October 2018_ (Provide the year, if you do not know the exact date.)

6. What was the result of the previous lawsuit? For example, was the case dismissed, appealed, or still pending? _Dismissed_

7. When was the previous lawsuit decided by the court? _8-12-2019_
(Provide the year, if you do not know the exact date.)

8. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit?

   Y Yes   **☒ No**

**(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate piece of paper, and provide the same information for the additional lawsuits.)**

II. THE PLAINTIFF'S CURRENT PLACE OF CONFINEMENT **(The following information must be provided by each plaintiff.)**

A. What is the name and address of the prison or jail in which you are currently incarcerated? _West Tennessee State Penitentiary P.O. Box 1150 Henning, TN 38041_

B. Are the facts of your lawsuit related to your present confinement?

   **☒ Y Yes**   Y No

C. If you checked the box marked "No" in question II.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain. _N/A_

2

D. Do the facts of your lawsuit relate to your confinement in a Tennessee Prison? (Y Yes) Y No

If you checked the box marked "No," proceed to question II.H.

E. If you checked the box marked "Yes" in question II.D above, have you presented these facts to the prison authorities through the state grievance procedure?

(Y Yes) Y No

F. If you checked the box marked "Yes" in question II.E. above:
  1. What steps did you take? _Filed grievance, wrote numerous information request._
  2. What was the response of prison authorities? _Classification matters non-grievable._

G. If you checked the box marked "No" in question II.E above, explain why not.

H. Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?
Y Yes  (Y No)

I. If you checked the box marked "Yes" in question II.H above, have you presented these facts to the authorities who operate the detention facility?
Y Yes    Y No

J. If you checked the box marked "Yes" in question II.I above:
  1. What steps did you take? _N/A_
  2. What was the response of the authorities who run the detention facility? _N/A_

**Attach copies of all grievance related materials including, at a minimum, a copy of the grievance you filed on each issue raised in this complaint, the prison's or jail's response to that grievance, and the result of any appeal you took from an initial denial of your grievance.**

3

III.  PARTIES TO THIS LAWSUIT

   A.  Plaintiff(s) bringing this lawsuit:

   1.  Name of the first plaintiff: *Casey Lee Anderson*
       Prison Id. No. of the first plaintiff: *343750*
       Address of the first plaintiff: *West Tennessee State Penitentiary P.O. Box 1150 Henning, TN 38041*
       (Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

   2.  Name of second plaintiff: *N/A*
       Prison Id. No, of the second plaintiff: ___
       Address of the second plaintiff: ___

       (Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

       If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.

   B.  Defendant(s) against whom this lawsuit is being brought:

   1.  Name of the first defendant: *Tony Parker, Commissioner of Tennessee Corrections*
       The first defendant's address: *Rachel Jackson Building 320 Sixth Avenue North, Nashville, TN 37243-0465*

       Named in official capacity?        Y Yes  Y No
       Named in individual capacity?     (Y Yes) Y No

   2.  Name of the 2nd defendant: *Warden Johnny Fitz West Tennessee State Penitentiary*
       The 2nd defendant's address: *West Tennessee State Penitentiary 480 Green Chapel Rd. P.O. Box 1150 Henning TN 38041*

       Named in official capacity?        Y Yes  Y No
       Named in individual capacity?     (Y Yes) Y No

4

**If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, their place of employment, their address, and the capacity in which you are suing them. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide their proper name, place of employment, and address, the Clerk will be unable to serve them should process issue.**

IV.  STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8½ in. x 11 in. paper. Write on one side only, and leave a 1 in. margin on all four sides.

Security file shows, and reflects numerous gang hits. Hoover Crips - Neighborhood Crips, Memphis Mafia and Gangster Disiple G's.

#1) Plaintiff has wrote numerous request to Warden Fitz and Commissioner Parker requesting interstate Corrections Compact transfer, due to these "known", "recorded", and "confirmed" gang hits in plaintiffs security file. No response or regard given to these request. Grievance in level III Stages.

#2) Plaintiff cannot be safely housed outside of administrative segregation, and in some Tennessee prisons, on administrative segregation, without eventual attempts to plot and attempt to murder Plaintiff. Plaintiff is not safe anywhere inside Tennessee department of Corrections.

#3) Plaintiff will show gang hits were put on plaintiff for helping security recover cuff key, narcodics, and prevent staff and inmate assaults. SEE Continued Statement of Facts

V.  RELIEF REQUESTED: Specify what relief you are requesting against each defendant.

A. Tony Parker - arrange Interstate Corrections Compact

B. Johnny Fitz - apply for Interstate Corrections Compact -

5

In The United States District Court For The Western District Of Tennessee Western Division.

(Plaintiff)
Casey Lee Anderson

V.

(Commissioner)
Tony Parker
(Warden)
Johnny Fitz
(Defendants)

Continuation of Statement of Facts

Filed Pursuant To 42 U.S.C. 1983

#4). Plaintiff has been threatened and harrassed (by gangs) due to these gang hits, for working with security to prevent assaults, and drug overdoses, or possible escape attempts.

#5). Plaintiff is in constant fear for his life within Tennessee prisons, even on administrative segregation within Tennessee prisons.

#6) Plaintiff cannot successfully, without constant fear or threat from gangs, work to become a better person, with positive, productive personal gains, outside of administrative segregation in Tennessee Prisons, to assure the nessissary skills are obtained and behavior modification

Continuation page (2)
Summery of Facts

(6.) Adjustments are made, To assure plaintiff becomes fit To return To society, and with the skills, and mental developements skills, To not only be productive upon release, but To never return.

7). Plaintiff is now on administrative segregation, in connection with the gangs, paying a inmate David Eady, during Covid 19 correnteen, To sabatage Plaintiffs program, and second successful completion of Residential Therapvetic Community drug and behavior Treatment program, at Northwest Correctional Complex, So that Plaintiff would be removed from program, and placed back in unit 9 55 cell, on the main compound, where Plaintiff almost lost his life the year before by the gangs, and placed in protective custody, but was allowed to return back to the program previously completed, due to the program being seperated from the main compound.

8). Being transfered to a prison, outside the state of Tennessee, in way of Interstate Corrections Compact, acc

Continuation page (3)
Summary of Facts

8.) If transfered correctly, and outside the awareness and knowledge of the gangs, would assure I could feel, and be safe enough, to return to general population, where programs are available to plaintiff, to safely allow Plaintiff, a successful rehibilitation upon incarceration and scheduled release.

9.) If not transfered by way of interstate Corrections Compact, for the plaintiff, its only common knowledge, inmate and plaintiff Casey Lee Anderson, will be eventually murdered, or if lucky, just assualted.

I, Casey Lee Anderson #343750, on this 26 day of May 2021, hereby certify under penalty of perjury that the foregoing Complaint For Violation Civil Rights Complaint Filed Pursuant to 42 USC 1983 statement of Facts are true and correct. [signature] 343750 05/26/2021

Lee Anderson 343750

(ICC) Interstate Corrections Compact

C. Plaintiff Casey Lee Anderson be transfered via ICC
D. Plaintiff Casey Lee Anderson Continued in ICC until
E. Sentence is executed with Tennessee Corrections.
F. I request a jury trial. (Y Yes) No

VI. CERTIFICATION

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) knowledge and belief.

Signature: _____ Date: 05-23-2021

Prison Id. No. 343750

Address: West Tennessee State Penitentiary
P.O. Box 1150 Henning, TN 38041
(Include the city, state, and zip code.)

Signature: _____ Date: _____

Prison Id. No. _____

Address: _____
(Include the city, state, and zip code.)

**ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT,** and provide the information listed above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

**ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED IN FORMA PAUPERIS**, if not paying the civil filing fee.

SUBMIT THE COMPLAINT, THE REQUIRED FILING FEE, OR APPLICATION TO PROCEED *IN FORMA PAUPERIS* TOGETHER. Complaints received without the required filing fee or application to proceed *in forma pauperis* will be returned. Filing fees, or applications to proceed *in forma pauperis*, received without a complaint will be returned.

6